UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-3605 MRW | Date | June 2, 2020 |
|---|---|---|---|
| Title | Rafael Arroyo, Jr. v. Nader Wareh | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE: DISMISSAL**

   The parties filed a stipulation to dismiss this action. (Docket 27). IT IS STIPULATED by and between the parties that this action is dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.